S. & S. BUTTER & EGG CO., INC., Respondent, v. SOL ABRAMSON, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of RUSSELL T. BROOKS et al., Appellants, against WILLIAM O'DWYER, as Mayor of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 1007.]

In the Matter of ALBERT DAVIS, Respondent, against CITY OF NEW YORK, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

GUSTAV R. MITTELMARK, Respondent, v. NATHAN MITTELMARK, Appellant, et al., Defendants.— Order entered December 19, 1947, as resettled by an order entered December 30, 1947, so far as appealed from, unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Order entered December 27, 1947, unanimously affirmed, with $10 costs and disbursements to the respondent, provided that notice of the continued examination be given to the new parties. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DAVID STRAUSS, Appellant, v. THOMAS R. ALLEN et al., Respondents.— Order affirmed with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to reverse and grant the motion.

CLEMENT DIAZ, Respondent, v. LOUIS K. ADLER, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. Bill of particulars to be served within ten days after service of the order, with notice of entry thereof. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

HEDWIG A. KENNEDY v. JAMES B. KENNEDY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, pp. 759, 847.]

JOSE C. DE FIGUEROLA v. McGRAW-HILL PUBLISHING CO., INC.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 875.]

GLOBE MAIL SERVICE, INC., v. GEORGE L. GREEN et al.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 876.]

WHITE-WAY ARCADE, INC., v. BROADWAY TURTLE KING, INC.— Motion for leave to appeal to the Court of Appeals granted on condition that the tenant furnish a surety company undertaking in the sum of $20,000 to secure payment for the use and occupation of the premises from January 1, 1947, until the determination of the appeal by the Court of Appeals. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 281; *post*, p. 964.]